UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES CHARLES DUNIGAN                               CIVIL ACTION

VERSUS                                              NO.  05-2643

AUBREY JONES, DENNIS WHEAT,                         SECTION "D" (4)
ANGEL KNIGHT

## ORDER AND REASONS

The defendants, Aubrey Jones, Dennis Wheat and Angel Knight, filed a **Motion to Compel Discovery (Rec. Doc. No. 19)** seeking to obtain responses to their Interrogatories and Request for Production of Documents allegedly served upon the plaintiff, James Dunigan, on March 9, 2006. The movants' also request an award of attorneys' fees and costs. The plaintiff has not filed an opposition or response to the motion.

The Local Rules of this court require the defendants to submit with their motion copies of all documentary evidence, including the subject discovery requests. L.R. 7.4 and 26.6E. Although the Motion references an Exhibit A containing copies of the propounded discovery, no such exhibit was submitted. The motion is deficient in that regard.

In addition, the motion does not confirm whether the discovery was actually received by the plaintiff. The defendants did not indicate to which prison address the discovery was propounded. In March of 2006, the address of record for the plaintiff at the Washington Parish Jail was incorrect.

The plaintiff had not at that time updated his address and the Court had not learned of his relocation to the Catouhoula Correctional Center. If the discovery was sent to the record address for plaintiff in March, it is likely that he did not receive the propounded discovery.

In addition, the motion indicates that the discovery was "served on counsel for plaintiff." The plaintiff is proceeding without counsel in this case. The motion therefore does not adequately confirm whether the plaintiff actually received the propounded discovery.

Furthermore, Fed. R. Civ. P. 37(a)(2)(A) and the local rules of this court requires counsel for the movants, here the defendants, to provide a certification that he conferred with opposing counsel, in this case the plaintiff, to amicably resolve the discovery dispute and state why they were unable to agree or stating that opposing counsel refused to so confer after reasonable notice. L.R. 37.1E. Counsel for the movants provided a certification which does not provide this information.

The certification indicates that counsel attempted to confer with the plaintiff. Counsel did not indicate what attempts were made or why those attempts were unsuccessful or that plaintiff refused to confer. The certification is lacking in this regard and therefore the motion is deficient.

For the foregoing reasons, the defendants are not entitled to a court order to compel discovery responses based on this deficient motion. Accordingly,

**IT IS ORDERED** that the **Motion to Compel Discovery (Rec. Doc. No. 19)** filed by the defendants, Aubrey Jones, Dennis Wheat, and Angel Knight, is **DENIED**.

New Orleans, Louisiana, this \_\_\_\_23rd\_\_\_\_ day of June, 2006

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

2